IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DELBERT GLEN ROGERS, PRO SE, § <br> TDCJ-CID No. 657580, § <br> Previous TDCJ-CID No. 540216, § <br> Previous TDCJ-CID No. 330782, § <br> § <br> Plaintiff, § <br> § <br> v.  § <br> § <br> Mr. DENNIS MARKGRAF, § <br> Dr. NFN MASSEY, § <br> Ms. SHELLY COLEMAN, § <br> Ms. LAWANA HEY, Ms. KITT BYRD, § <br> Ms. PAULA ZINSER, § <br> Ms. TAMMY WILSON, § <br> Ms. SARA TENORIO, § <br> Ms. JANIE ROWLEY, and § <br> Ms. LORENE LAFAVE, § <br> § <br> Defendants. § | 2:14-CV-0216 |

**ORDER OF PARTIAL DISMISSAL**

Plaintiff DELBERT GLEN ROGERS, acting *pro se* and while a prisoner incarcerated in the Texas Department of Criminal Justice, Correctional Institutions Division, has filed suit pursuant to Title 42, United States Code, section 1983 complaining against the above-referenced defendants and has been granted leave to proceed pursuant to Title 28, United States Code, section 1915.

On November 7, 2014, a Report and Recommendation was issued by the United States Magistrate Judge recommending dismissal of plaintiff's claims against defendants MARKGRAF, HEY, ZINSER, WILSON, TENORIO, and ROWLEY with prejudice as frivolous and without prejudice for failure to state a claim on which relief can be granted.

Plaintiff filed his Objections on November 24, 2014.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation, as well as the objections filed by the plaintiff.

The Court is of the opinion that plaintiff's objections should be OVERRULED and the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does OVERRULE plaintiff's objections, and does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the Civil Rights Claims by DELBERT GLEN ROGERS against defendants MARKGRAF, HEY, ZINSER, WILSON, TENORIO, and ROWLEY are DISMISSED WITH PREJUDICE AS FRIVOLOUS AND WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

All pending motions are DENIED.

The Clerk shall send a copy of this order to plaintiff and to any attorney of record. The Clerk shall also mail copies of this order to the Pro Se Clerk at the U.S. District Court for the Eastern District of Texas, Tyler Division.

It is SO ORDERED.

Signed this the _____ 3rd _____ day of December, 2014.

_____
MARY LOU ROBINSON
United States District Judge